# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00351-BSJ
#### Internal Use Only

Bierling v. LG Philips LCD Company Ltd. et al
Assigned to: Judge Barbara S. Jones
Cause: 28:1391 Personal Injury

Date Filed: 01/16/2007
Date Terminated: 06/05/2007
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Ryan J. Bierling**
*individually and on behalf of all others similarly situated*

represented by **Christopher Adam Seeger**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
212-584-0700
Fax: 212-584-0799
Email: cseeger@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Buchanan**
Seeger Weiss LLP
One William Street, 10th Floor
New York, NY 10004
(212)-584-0700
Fax: (212)-584-0799
Email: dbuchanan@seegerweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Shub**
Seeger, Weiss
One William Street
New York, NY 10004
(212) 584-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company Ltd.**

**Defendant**

**LG Electronics USA Inc.**

**Defendant**

Philips Electronics North America Corp.

**Defendant**

John Does
*1-100*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2007 | 1 | COMPLAINT against LG Philips LCD Company Ltd., LG Electronics USA Inc., Philips Electronics North America Corp., John Does. (Filing Fee $ 350.00, Receipt Number 602560)Document filed by Ryan J. Bierling.(jeh) (Entered: 01/23/2007) |
| 01/16/2007 |  | SUMMONS ISSUED as to LG Philips LCD Company Ltd., LG Electronics USA Inc., Philips Electronics North America Corp., John Does. (jeh) (Entered: 01/23/2007) |
| 01/16/2007 |  | Case Designated ECF. (jeh) (Entered: 01/23/2007) |
| 01/16/2007 |  | Magistrate Judge Debra C. Freeman is so designated. (jeh) (Entered: 01/23/2007) |
| 02/09/2007 | 2 | AFFIDAVIT OF SERVICE of Summons and Complaint. Philips Electronics North America Corp. served on 1/24/2007, answer due 2/13/2007. Service was accepted by Maureen Cogan, Clerk. Document filed by Ryan J. Bierling. (Seeger, Christopher) (Entered: 02/09/2007) |
| 02/09/2007 | 3 | AFFIDAVIT OF SERVICE of Summons and Complaint. LG Electronics USA Inc. served on 1/26/2007, answer due 2/15/2007. Service was accepted by Catherine Edwards, Managing Agent. Document filed by Ryan J. Bierling. (Seeger, Christopher) (Entered: 02/09/2007) |
| 02/15/2007 | 4 | STIPULATION AND ORDER: the time for defendant LG USA to respond to the complaint shall be extended until the earlier of the following two dates: 1) thirty (30) days after the filing of a Consolidated Amended Complaint in the LCD Cases; or 2) thirty (30) days after the plaintiff provides written notice that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case. (Signed by Judge Barbara S. Jones on 2/14/07) (db) (Entered: 02/16/2007) |
| 02/15/2007 | 5 | STIPULATION AND ORDER: the time for defendant PENAC to respond to the complaint shall be extended until the earlier of the following two dates: 1) forty-five (45) days after the filing of a Consolidated Amended Complaint in the LCD Cases; or 2) forty-five (45) days after the plaintiff provides written notice that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case; or 3) forty-five (45) days after the Judicial Panel on the Multidistrict Litigation denies all motions to tramsfer for coordinated or consolidated pretrial proceedings involving this action and the LCD cases. (Signed by Judge Barbara S. Jones on 2/14/07) (db) (Entered: 02/16/2007) |

| 06/05/2007 | 6 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. - S.D.N.Y to the United States District Court - Northern District of California. (Signed by Judge MDL Panel on 04/25/2007) (jeh) (Entered: 06/11/2007) |
| --- | --- | --- |
| 06/05/2007 |  | MDL TRANSFER OUT: Emailed certified copy of docket entries and transfer order along with letter of acknowledgment to the United States District Court - Northern District of California. (jeh) (Entered: 06/11/2007) |