Chief Nnamdi A. Ekenna, SBN: 170392
**THE EKENNA LAW FIRM, *apc.***
4311 Wilshire Boulevard, Suite 612-B
Los Angeles, CA. 90010-3717

Telephone: (323) 954-1000    Facsimile:    (323) 954-1001

Attorneys for: **WENDY WILLIAMS**, et al. **and the CLASS**

**FILED**

JUN 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITES STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION** | Master File No.: 07-CV-01827 SI |
| | MDL No: 1827 |
| Related Actions:  C 07-3129 SI | |
| Wendy Williams, et al. v. Sharp Corp, et al (CV-07-1283-ABC (FMDx) & ALL INDIRECT PURCHASER ACTION | **NOTICE OF CHANGE OF FIRM ADDRESS & PHONE NUMBERS.** |

**TO:    THE COURT; ALL PARTIES OF INTEREST and**

**TO THEIR ATTORNEYS OF RECORD.**

PLEASE TAKE NOTICE that effective June 01, 2007, our Firm Address has changed to:

**THE EKENNA LAW FIRM, *apc.***

**4311 Wilshire Boulevard, Suite 612-B**

**Los Angeles, CA. 90010-3717**

Our new office phone numbers are:

**Tel:    (323) 954-1000**

**Fax:    (323) 954-1001**

Kindly update your records accordingly.

DATED:    June 7, 2007.

**Chief Nnamdi A. Ekenna**
THE EKENNA LAW FIRM, *apc.*
**Attorneys for Plaintiffs, Wendy Williams, et al.**

- 1 -

1

## **PROOF OF SERVICE**

2

3    I, the undersigned, hereby declare that I am employed by THE EKENNA LAW FIRM, *apc.* at 4311 Wilshire Boulevard,

4    Suite 612-B, Los Angeles, CA. 90010-3717; that I am over the age of eighteen and not a party to this action; and that

5    on the date set forth below, I served true and correct copies of the below-listed document(s) to which this declaration

6    is appended, upon the parties to this action:

7

8    **NOTICE OF CHANGE OF FIRM ADDRESS & PHONE NUMBERS.**

9

10    [X]    BY U.S. MAIL {CCP § 1013} - I placed, at my place of business, a true copy thereof, enclosed in a sealed

11    envelope for collection and mailing with the United States Postal Service that same day in the ordinary course

12    of business, addressed to the individual(s) listed below.

13    [ ]    BY PERSONAL SERVICE {CCP § 1101} - I caused the above document(s) to be delivered by hand to the

14    individual(s) listed below.

15    [ ]    BY FACSIMILE {CCP § 1012.5 - I caused such document to be sent via facsimile or machine to the interested

16    parties in this action pursuant to CRC Rule 2009(b).  The fax number that I used is **(323) 954-1001**.  The

17    facsimile machine that I used comply with CRC Rule 2003(3) and no error was reported by the machine.

18    [X]    {STATE}    I declare under penalty of perjury under the Laws of the State of California that the foregoing

19    is true and correct.

20

21    [X]    {FEDERAL}    I declare that I am employed in the office of a member of the Bar of this Court at whose

22    direction the service was made.

23

24    Individuals Served:    **per attached Mailing List.**

25

26    EXECUTED on June 07, 2007 at Los Angeles, California.

NWACHUKWU WAGBARA

27

28

## SERVICE LIST

### In Re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

### Master File No.: 07-CV-01827-SI; MDL No.: 1827

**PLAINTIFFS:**

| | |
|---|---|
| G. MARK ALBRIGHT<br>**ALBRIGHT STODDARD WARNICK & ALBRIGHT**<br>Quail Park !, Building D-4<br>801 South Rancho Drive<br>Las Vegas, NV. 89106-3854<br><br>Tel: (702) 384-7111 Fax: (702) 384-0605<br><br>Attorneys for **Timothy J. Purdy** | JOSEPH. WEILER<br>DARIN M. CONKLIN<br>**ALDERSON, ALDERSON, WEILER, CONKLIN, BURGHART & CROW, L.L.C.**<br>2101 SW 21st Street<br>Topeka, KS. 66604<br><br>Tel: (785) 232-0753 Fax: (785) 232-1866<br><br>Attorneys for **James T. Watson** a/k/a **Jim Watson** |
| C. DONALD AMAMGBO, ESQ.<br>**AMAMGBO & ASSOCIATES**<br>7901 Oakport Street, Suite 4900<br>Oakland, CA. 94621<br><br>Tel: (510) 615-6000 Fax: (510) 615-6025<br><br>Attorneys for **Lisa Blackwell** | NEIL OVERHOLTZ<br>DOUGLASS KREIS<br>JUSTIN WITKIN<br>**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC**<br>4400 Bayou Boulevard, Suite 58<br>Pensacola, FL. 32503<br><br>Tel: (850) 916-7450 Fax: (850) 916-7449<br><br>Attorneys for **Robin Feins; Annie Cirrone** |
| GORDON BALL<br>**BALL & SCOTT**<br>Suite 750, Bank of America Center<br>550 Main Street<br>Knoxville, TN. 37902<br><br>Tel: (865) 525-7028 Fax: (865) 525-4679<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff; Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson; Scott Friedson; Michael Brooks; Joe Solo and Brittany Chung** | ERIC J PICKAR<br>GREGORY J. ERLANDSON<br>**BANGS, McCULLEN, BUTTER, FOYE & SIMMONS, L.L.P**<br>333 West Boulevard, Suite 400<br>P. O. Box 2670<br>Rapid City, SD. 57709-2670<br><br>Tel: (605) 343-1040 Fax: (605) 343-1503<br><br>Attorneys for **Christopher Bessette** |
| BRIAN BARRY<br>**LAW OFFICES OF BRIAN BARRY**<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA. 90067<br><br>Tel: (310) 788-0831 Fax: (310) 788-0841<br><br>Attorneys for **Ari Hakim** | H. LADDIE MONTAGUE, Jr.<br>MERRILL G. DAVIDOFF<br>RUTHANNE GORDON<br>BRET P. FLAHERTY<br>CANDICE J. ENDERS<br>**BERGER & MONTAGUE, P.C.**<br>1622 locust Street<br>Philadelphia, PA. 19103<br><br>Tel: (215) 875-3000 Fax: (215) 875-4604<br><br>Attorneys for **Nathan Muchnick, Inc.** |

| | |
|---|---|
| JOSEPH TABACCO<br>CHRISTOPHER T. HEFFELFINGER<br>**BERMAN DEVALERIO PEASE TABACCO**<br>**BURT & PUCILLO**<br>425 California Street, 21st Floor<br>San Francisco, CA. 94104<br><br>Tel: (415) 433-3200 Fax: (415) 433-6382<br><br>Attorneys for **Univision-Crimson Holding, Inc.;**<br>**Central New York Univision Video Systems, Inc.;**<br>**Crimson Tech, Inc.** | R. SCOTT PALMER<br>MANUEL J. DOMINGUEZ<br>**BERMAN DEVALERIO PEASE TABACCO**<br>**BURT & PUCILLO**<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL. 33401<br><br>Tel: (561) 835-9400 Fax: (561) 835-0322<br><br>Attorneys for **Univision-Crimson Holding, Inc.;**<br>**Central New York Univision Video Systems, Inc.;**<br>**Crimson Tech, Inc.** |
| JOHN F. COVE, Jr.<br>**BOIES, SCHILLER & FLEXNER LLP**<br>1999 Harrison Street, Suite 900<br>Oakland, CA. 94612<br><br>Tel: (510) 874-1000 Fax: (510) 874-1460<br><br>Attorneys for **Omnis Computer Supplies, Inc. Magic**<br>**Video, Inc.** | ANTHONY J. BOLOGNESE<br>**BOLOGNESE & ASSOCIATES, LLC**<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA. 19103<br><br>Tel: (215) 814-6750 Fax: (215) 814-6764<br><br>Attorneys for **Nathan Muchnick, Inc.** |
| ANDREW S. FRIEDMAN<br>**BONNETT, FAIRBOURN, FRIEDMAN &**<br>**BALINT, P.C.**<br>2901 North central Avenue, Suite 1000<br>Phoenix, AZ. 85012-3311<br><br>Tel: (602) 274-1100 Fax: (602) 274-1199<br><br>Attorneys for **Timothy J. Lauricella** | C. DEWEY BRANSTETTER, Jr.<br>J. GERARD STRANCH, IV<br>**BRANSTETTER, STRANCH & JENNINGS,**<br>**PLLC**<br>227 Second Avenue North<br>Nashville, TN. 37201<br><br>Tel: (615) 254-8801 Fax: (615) 250-3937<br><br>Attorneys for **Kathleen C. Davis** |
| THOMAS H. BRILL<br>**LAW OFFICES OF THOMAS H. BRILL**<br>6552 Sagamore Road<br>Mission Hills, KS. 66208<br><br>Tel: (913) 677-2004 Fax: (913) 677-2152<br><br>Attorneys for **Kou Srimoungchanh** | MICHAEL L. BELANCIO<br>**BOWER BELANCIO, LLC**<br>800 West 47th Street, Suite 215<br>Kansa City, MO. 64112<br><br>Tel: (816) 960-4911 Fax: (816) 960-3711<br><br>Attorneys for **Peter Coyle** |
| LOUIS F. BURKE<br>460 Park Avenue, 21st Floor<br>New York, NY. 10022<br><br>Tel: (212) 682-1700 Fax:<br><br>Attorneys for **Isaac Salem** | BRYAN L. CLOBES<br>ELLEN MERWETHER<br>MICHAEL S. TARRINGER<br>TIMOTHY FRASER<br>**CAFFERTY FAUCHER LLP**<br>1717 Arch Street, 36th Floor<br>Philadelphia, PA. 19103<br><br>Tel: (215) 864-2800 Fax: (215) 864-2810<br><br>Attorneys for **Custom Audio Video** |

| | |
|---|---|
| MICAHEL J. FLANNERY<br>JAMES J. ROSEMERGY<br>**CAREY & DANIS, LLC**<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, MO. 63105<br><br>Tel: (314) 725-7700 Fax: (314) 721-0905<br><br>Attorneys for **Audio Video Artistry; Walden Minoli and John David Kittleson** | JOHN M. DILLON<br>**CARUSO & DILLON PC**<br>100 Mamaroneck Avenue<br>Mamaroneck, NY. 10543<br><br>Tel: (914) 698-6392 Fax: (914) 698-2038<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** |
| STEVEN N. BECK<br>**CHAVEZ AND GERTLER LLP**<br>1225 15th Street, NW<br>Washington, DC. 20005<br><br>Tel: (202) 232-7550 Fax: (202) 232-7556<br><br>Attorneys for **Timothy R. Gregory** | MICHAEL D. GOTTSCH<br>JOSEPH G. SAUDER<br>DANIEL B. SCOTT<br>BENJAMINE F. JOHNS<br>**CHIMICLES & TIKELLIS, LLP**<br>361 West Lancaster Avenue<br>Haverford, PA. 19401<br><br>Tel: (610) 642-8500 Fax: (610) 649-3633<br><br>Attorneys for **Roberta Harrell** |
| RICHARD L. COFFMAN<br>**THE COFFMAN LAW FIRM**<br>1240 Orleans Street, Suite 200<br>Beaumont, TX. 77701<br><br>Tel: (409) 832-4767 Fax: (866) 835-8250<br><br>Attorneys for **John Pulasky; Tammy Long; Christopher C. Rywelski; Lynne M. Holtkamp; Miles H. Humphrey, M.D.; James T. Watson a/k/a Jim Watson; Oscar Cintron; Patricia A. Ronco; Allen Kelley; Jeffrey L. Walters; Tara Perry; Isaac Salem; Shawn Stern and Ling-Hung Jou** | IRWIN B. LEVIN<br>SCOTT D. GILCHRIST<br>**COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, IN. 46204<br><br>Tel: (317) 636-6481 Fax: (317) 636-2593<br><br>Attorneys for **Kaine Kornegay** |
| MICHAEL D. HAUSFIELD<br>CHARLES E. TOMPKINS<br>ANDREW B. BULLION<br>HILARY K. RATWAY<br>KATE KONOPKA<br>**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC. 20005<br><br>Tel: (202) 408-4600 Fax: (202) 408-4699<br><br>Attorneys for **Jamie Maites; Henry Truong; Sara Cabezas; Computer World Solution, Inc.; Industrial Computing, Inc.; Omni Circuits International, LLC; Art's TV & Appliance; Omnis Computer Supplies, Inc. and Magic Video, Inc.** | PETER S. PEARLMAN<br>JEFFREY W. HERRMANN<br>**COHN LIFLAND PEARLMAN HERRMANN & KNOFF LLP**<br>Park 80 Plaza West-One<br>Saddle Brook, NJ 07663<br><br>Tel: (201) 845-9600 Fax: (201) 845-9423<br><br>Attorneys for **Nathan Muchnick, Inc.** |

| | |
|---|---|
| JOSEF D. COOPER<br>TRACY R. KIRKMAN<br>KELLY A. HORNE<br>**COOPER & KIRKMAN, P.C.**<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA. 94111<br><br>Tel: (415) 788-3030 Fax: (415) 788-7040<br><br>Attorneys for **FME Architecture + Design** | DARIO De GHETALDI<br>**COREY LUZAICH PLISKA De GHETALDI<br>NASTARI LLP**<br>700 El Camino Real<br>P. O. Box 669<br>Millbrae, CA. 94030<br><br>Tel: (650) 871-5666 Fax: (650) 871-4144<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie<br>Wolf; Carlos Ponce; Patrick Piper; Gary Gornick'<br>Karol Juskiewicz; Edward Decoite; John Candido;<br>Anne Lewis; Don Carmignani; Terry Adami; Saki<br>Kavourniaris; Linda Klare and Thomas Mitchell** |
| SAMUEL W. LANHAM, Jr.<br>**CUDDY & LANHAM, P.A.**<br>470 Evergreen Woods<br>Bangor, ME. 04401<br><br>Tel: (207) 942-2898 Fax: (207) 941-8818<br><br>Attorneys for **Patricia A. Ronco** | ROGER M. SCHRIMP<br>FRED SILVA<br>KATHY L. MONDAY<br>**DAMRELL, NELSON, SCHRIMP, PALLIOS,<br>PACHER & SILVA**<br>1601 I Street, Fifth Floor<br>Modesto, CA. 95354<br><br>Tel: (209) 526-3500 Fax: (209) 5263534<br><br>Attorneys for **Advanced technology Distributors, Inc.** |
| CLINT SARGENT<br>**DANFORTH, MEIRHENRY & MEIRHENRY**<br>315 South Phillips Avenue<br>Sioux Falls, SD. 57104<br><br>Tel: (605) 336-3075 Fax: (605) 336-2593<br><br>Attorneys for **Chad Hansen** | JOSEPH F. DEVEREUX, Jr.<br>**DEVEREUX MURPHY LLC**<br>The Plaza at Clayton<br>190 Carondelet, Suite 1100<br>St. Louis, MO. 63105<br><br>Tel: (314) 721-1516 Fax: (314) 721-4434<br><br>Attorneys for **Timothy J. Purdy** |
| WYATT B. DURRETTE, Jr.<br>CHRISTOPHER G. HILL<br>CHRISTINE A. WILLIAMS<br>**DURRETTE BRANDSHAW, PLC**<br>600 East Main Street, 20th Floor<br>Richmond, VA. 23219-2430<br><br>Tel: (804) 775-6900 Fax: (804) 775-6911<br><br>Attorneys for **John Pulasky; Tammy Long; Christopher C.<br>Rywelski; Lynne M. Holtkamp; Miles H. Humphrey, M.D.;<br>James T. Watson a/k/a Jim Watson; Oscar Cintron;<br>Patricia A. Ronco; Allen Kelley; Jeffrey L. Walters; Tara<br>Perry; Isaac Salem; Shawn Stern and Ling-Hung Jou** | CHIEF NNAMDI A EKENNA<br>**THE EKENNA LAW FIRM, *apc.***<br>4311 Wilshire Boulevard, Suite 612-B<br>Los Angeles, CA. 90010-3717<br><br>Tel: (323) 954-1000 Fax: (323) 954-1001<br><br>Attorneys for **Wendy Williams** |
| SCOTT E. POYNTER<br>CHIRSTOPHER D. JENNINGS<br>**EMERSON POYNTER LLP**<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR. 72201<br><br>Tel: (501) 907-2555 Fax: (501) 907-2556<br><br>Attorneys for **Robert S. Harmon** | JOHN G. EMERSON<br>**EMERSON POYNTER LLP**<br>830 Apollo Lane<br>Houston, TX. 77058<br><br>Tel: (281) 488-8854 Fax: (281) 488-8867<br><br>Attorneys for **Robert S. Harmon** |

| | |
|---|---|
| **GREGG VANCE FALLICK**<br>Suite 1560, Albuquerque Plaza<br>201 Third Street, N.W.<br>Albuquerque, NM. 87102<br><br>Tel: (505) 842-6000 Fax: (505) 842-6001<br><br>Attorneys for **Rosemary Valdez** | ADAM STEIN<br>**FERGUSON, STEIN, CHAMBERS, GRESHAM & SUMTER, P.A.**<br>312 West Franklin Street,<br>Chapel Hill, NC. 27516<br><br>Tel: (919) 933-5300 Fax: (919) 933-6182<br><br>Attorneys for **Lynne M. Holtkamp** |
| DONALD L. PERELMAN<br>ROBERTA D. LIEBENBERG<br>**FINE, KAPLAN & BLACK, R.P.C.**<br>1835 Market Street, 28th Floor<br>Philadelphia, PA. 19103<br><br>Tel: (215) 567-6565 Fax: (215) 568-5872<br><br>Attorneys for **Ajax Philadelphia, Inc.** | MILA F. BARTOS<br>RICHARD M. VOLIN<br>**FINKELSTEIN THOMPSON LLP**<br>1050 30th Street, N.W.<br>Washington, DC. 20007<br><br>Tel: (202) 337-8000 Fax: (202) 337-8090<br><br>Attorneys for **Diplomat Merchandise Corp.** |
| WILLIAM F. PATTERSON, Jr.<br>**FORMAN ROSSABI BLACK, P.A.**<br>3623 North Elm Street, Suite 200<br>Greensboro, NC. 27455<br><br>Tel: (336) 378-1899 Fax: (336) 378-1850<br><br>Attorneys for **William J. Fisher** | RUSSELL F. BRASSO<br>**FOREMAN & BRASSO**<br>930 Montgomery Street, Suite 600<br>San Francisco, CA. 94103<br><br>Tel: (415) 433-3475 Fax: (415) 781-8030<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** |
| MICHAEL G. SIMON<br>M. ERIC FRANKOVITCH<br>**FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**<br>337 Penco Road<br>Weirton, WV. 26062<br><br>Tel: (304) 723-4400 Fax: (304) 723-5892<br><br>Attorneys for **John Martich and Allen Kelley** | STEVEN A. KANNER<br>WILLIAM H. LONDON<br>DOUGLAS A. ,ILLEN<br>**FREED, KANNER, LONDON & MILLEN, LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL. 60015<br><br>Tel: (224) 632-4500 Fax: (224) 632-4519<br><br>Attorneys for **Art's TV & Appliance** |
| PAUL M. WEISS<br>WILLIAM M. SWEETNAM<br>**FREED & WEISS LLC**<br>111 West Washington Street, Suite 1331<br>Chicago, IL. 60602<br><br>Tel: (312) 220-0000 Fax: (312) 220-7777<br><br>Attorneys for **Ryan J. Bierling** | DAVID FREEDMAN<br>MATTHEW L. GARCIA<br>JOSEPH GOLDBERG<br>**FREEDMAN BOYD DANIELS HOLLANDER & GOLDBERG, P.A.**<br>20 First Plaza, Suite 700<br>Albuquerque, NM. 87102<br><br>Tel: (505) 842-9960 Fax: (505) 842-0761<br><br>Attorneys for **Marcia Weingarten; Jerome O'Connell; Timothy J. Purdy; Ajax Philadelphia, Inc.** |

MICHAEL P. LEHMANN
THOMAS P. DOVE
CHRISTOPHER L. LEBSOCK
JON T. KING
**FURTH LEHMANN & GRANT LLP**
225 Bush Street, 15th Floor
San Francisco, CA. 94104

Tel: (415) 433-2070 Fax: (415) 982-2076

Attorneys for **Judd Eliasoph; Arthur Sorokin; Jo Nash;
Amy Forlan; Will Henderson; Jaime Maites; Henry
Truong; Stephanie Truong; Frederick Rozo; Ari Hakim;
James Burt; Michael Juetten; Candace Rowlette; Michael
Francis Ayers; Sara Cabezas; Jeff Jafarian; Art's TV &
Appliance and Royal Data Services, Inc.**

CHARLES R. WATKINS
JOHN R. WYLIE
**FUTTERMAN HOWARD WATKINS WYLIE &
ASHLEY, CHTD.**
122 South Michigan Avenue, Suite 1850
Chicago, IL. 60603

Tel: (312) 427-3600 Fax: (312) 427-1850

Attorneys for **Ling-Hung Jou**

STEPHEN M. GARCIA
JAMES M. MORGAN
**GARCIA LAW FIRM**
One World trade Center, Suite 1950
Long Beach, CA. 90831

Tel: (562) 216-5270 Fax: (562) 216-5271

Attorneys for **Marshall Meyers**

CARL SOLOMON
**GERGEL, NICKELS & SOLOMON, P.A.**
P. O. Box 1866
1519 Richland Street
Columbia, SC. 29202-1866

Tel: (803) 779-8080 Fax: (803) 256-1816

Attorneys for **Gregory P. Sloan**

ROBERT J. GRALEWSKI
**GERGOSIAN & GRALEWSKI**
550 West C Street, Suite 1600
San Diego, CA. 92101

Tel: (619) 230-0104 Fax: (619) 230-0124

Attorneys for **Joseph Kovacevich; Susan Selfridge and
Amiee Corlett**

KENNETH G. GILMAN
DAVID PASTOR
DANIEL D'ANGELO
**GILMAN & PASTOR, LLP**
225 Franklin Street, 16th Floor
Boston, MA. 02110

Tel: (617) 742-9700 Fax: (617) 742-9701

Attorneys for **Christopher Murphy**

DANIEL C. GIRARD
ELIZABETH C. PRITZKER
AARON. SHEANIN
DAMON M. CONNOLLY
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA. 94108

Tel: (415) 981-4800 Fax: (415) 981-4846

Attorneys for **Bart, LLC, f/k/a B & B Install**

SUSAN G. KUPFER
SYLVIE K. KERN
**GLANCY BINKOW & GOLDBERG LLP**
455 Market Street, Suite 1810
San Francisco, CA. 94105

Tel: (415) 972-8160 Fax: (415) 972-8166

Attorneys for **Michael J. Eliav**

B. J. WADE
**GLASSMAN, EDWARDS, WADE & WYATT,
P.C.**
26 North Second Street
Memphis, TN. 38103

Tel: (901) 527-4675 Fax: (901) 521-0940

Attorneys for **Audi Video Artistry**

PAUL F. BENNETT
STEVEN O. SIDNER
JOSEPH M. BARTON
**GOLD BENNETT CERA & SIDENER LLP**
595 Market Street, Suite 2300
San Francisco, CA. 94105-2830

Tel: (415) 777-2230 Fax: (415) 777-5189
Attorneys for **Computer World Solution, Inc.;
Industrial Computing, Inc.; Omni Circuits
International, LLC; General Digital Corporation**

| | |
|---|---|
| STEVEN E. GRUBB<br>**GOLDBERG KATZMAN, P.C.**<br>320 Market Street<br>P. O. Box 1268<br>Harrisburg, PA. 17108-1268<br><br>Tel: (717) 234-4161 Fax: (717) 234-6808<br><br>Attorneys for **Jeffrey L. Walters** | MARK GOLDMAN<br>DANIEL KARON<br>**GOLDMAN SCARLATO & KARON**<br>101 W. Elm Street, Suite 360<br>Conshohocken, PA. 19428<br><br>Tel: (484) 342-0700 Fax: (484) 342-0701<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff;<br>Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson;<br>Scott Friedson; Michael Brooks; Joe Solo; Brittany<br>Chung and Art's TV & Appliance** |
| **MARK J. GREENSPON**<br>6200 Spring Isles Boulevard<br>Lake Worth, FL. 33463<br><br>Tel: (954) 817-6272 Fax: (561) 439-0651<br><br>Attorneys for **Univision-Crimson Holding, Inc.;<br>Central New York Univision Video Systems, Inc.;<br>Crimson Tech, Inc.** | ROBERT S. GREEN<br>ELIZABETH C. GUARNIERI<br>BRIAN S. UMPIERRE<br>**GREEN WELLING LLP**<br>595 Market Street, Suite 2750<br>San Francisco, CA. 94105<br><br>Tel: (415) 477-6700 Fax: (415) 477-6710<br><br>Attorneys for **Fluorine On Call, Ltd.** |
| TERRY GROSS<br>ADAM C. BELSKY<br>MONIQUE ALONSO<br>**GROSS & BELSKY LLP**<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA. 94104<br><br>Tel: (415) 544-0200 Fax: (415) 544-0201<br><br>Attorneys for **Albert Wong** | WARREN RUBIN<br>**LAW OFFICES OF BERNARD M. GROSS, P.C.**<br>Suite 450, John Wanamaker Building<br>Juniper and Market Streets<br>Philadelphia, PA. 19107<br><br>Tel: (215) 561-3600 Fax: (215) 561-3000<br><br>Attorneys for **Ajax Philadelphia, Inc.** |
| JEFFREY A. BARTOS<br>SOYE KIM<br>**GUERRIERI, EDMOND, CLAYMAN &<br>BARTOS**<br>1625 Massachusetts Avenue, NW, Suite 700<br>Washington, DC. 20036<br><br>Tel: (202) 624-7400 Fax: (202) 624-7420<br><br>Attorneys for **Gail Feser** | DANIEL E. GUSTAFSON<br>RENAE D. STEINER<br>JASON S. KILENE<br>**GUSTAFSON GLUEK PLLC**<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN. 55402<br><br>Tel: (612) 333-8844 Fax: (612) 339-6622<br><br>Attorneys for **Jeffrey Larson; Timothy R. Gregory; Joseph<br>Kovacevich; Al Gober; Kari J. Nehring; Robert George;<br>Colette M. Dahm; Kathleen C. Davis; R. Rex Getz; Chad<br>Hansen; Timothy J. Purdy; Kaine Kornegay; John McKay;<br>Lynn Sweatman; William J. Fisher and Ann Scott** |
| STEVE W. BERMAN<br>ANTHONY D. SHAPIRO<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA. 98101<br><br>Tel: (206) 623-7292 Fax: (206) 623-0594<br><br>Attorneys for **Home Technologies Bellevue LLC** | VINCENT J. ESADES<br>**HEINS MILLS & OLSON, P.L.C.**<br>3550 IDS Center<br>80 South Eight Street<br>Minneapolis, MN. 55402<br><br>Tel: (612) 338-4605 Fax: (612) 338-4692<br><br>Attorneys for **Art's TV & Appliance** |

| | |
|---|---|
| J. ROBERT KEENA<br>BARTON C. GERNANDER<br>**HELLMUTH & JOHNSON, PLLC**<br>10400 Viking Drive, Suite 500<br>Eden Prairie, MN. 55344<br><br>Tel: (952) 941-4005 Fax: (952) 941-2337<br><br>Attorneys for **Christopher C. Rywelski** | JAMES B. BROWN<br>JENNIFER A. SCOTT<br>**HERUM CRABTREE BRWOM**<br>2291 West March Lane, Suite B100<br>Stockton, CA. 95207<br><br>Tel: (209) 472-7700 Fax: (209) 472-7986<br><br>Attorneys for **Sarah Hansen** |
| DENNIS STEWART<br>JENNIFER A. KAGAN<br>**HULETT HARPER STEWART LLP**<br>550 West C Street, Suite 1600<br>San Diego, CA. 92101<br><br>Tel: (619) 338-1133 Fax: (619) 338-1139<br><br>Attorneys for **Kaine Kornegay; Susan Selfridge and Amiee Corlett** | GLENN CARL JAMES<br>**JAMES LAW OFFICES**<br>P.M.B. 501, 1533 Road 19<br>Guaynabo, PR. 00966-2700<br><br>Tel: (787) 763-2888 Fax: (787) 763-2881<br><br>Attorneys for **IMCA, Inc.** |
| EDWARD BEARMAN<br>**JG LAW FIRM**<br>780 Ridge Lake Boulevard, Suite 202<br>Memphis, TN. 38120<br><br>Tel: (901) 682-3450 Fax: (901) 682-3590<br><br>Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson** | DANIEL J. MULLIGAN<br>LARRY W. GABRIEL<br>**JENKINS MULLIGAN & GABRIEL, LLP**<br>660 Market Street, 3rd Floor<br>San Francisco, CA. 94104<br><br>Tel: (415) 982-8500 Fax: (415) 982-8515<br><br>Attorneys for **Byron Ho** |
| STEVEN C. LAUSELL<br>JOSE R. GONZALEZ<br>**JIMENEZ, GRAFFMAN & LAUSELL**<br>P. O. Box 366104<br>San Juan, PR. 00936-6104<br><br>Tel: (787) 7675-1030 Fax: (787) 751-4068<br><br>Attorneys for **Oscar Cintron** | MICHAEL STOCKER<br>BRIAN WEBER<br>**JOHNS FLAHERTY & COLLINS, S.C.**<br>Exchange Building, Suite 600<br>P. O. Box 1626<br>La Crosse, WI. 54602<br><br>Tel: (608) 784-5678 Fax: (608) 784-0557<br><br>Attorneys for **Joseph Kovacevich** |
| DENNIS J. JOHNSON<br>**JOHNSON & PERKINSON**<br>1690 Williston Road<br>P. O. Box 2305<br>South Burlington, VT. 05403<br><br>Tel: (802) 862-0030 Fax: (802) 862-0060<br><br>Attorneys for **Robert Schuyler Watson** | ROBERT N. KAPLAN<br>RICHARD J. KILSHEIMER<br>GREGORY K. ARESON<br>**KAPLAN FOX & KILSHEIMER LLP**<br>805 Third Avenue, 22nd Floor<br>New York, NY. 10022<br><br>Tel: (212) 687-1980 Fax: (212) 687-7714<br><br>Attorneys for **CMP Consulting services, Inc.** |
| SHERMAN KASSOF<br>**LAW OFFICES OF SHERMAN KASSOF**<br>555 12th Street, Suite 1900<br>Oakland, CA. 94607<br><br>Tel: (510) 652-2554 Fax: (510) 652-9308<br><br>Attorneys for **Jeffrey Figone** | RON KILGARD<br>GARY A. GOTTO<br>MARK SAMSON<br>**KELLER ROHBACK P.L.C.**<br>3101 North central Avenue, Suite 1400<br>Phoenix, AZ. 85012<br><br>Tel: (602) 248-0088 Fax: (602) 248-2822<br>Attorneys for **Karen Stromberg** |



LYNN LINCOLN SARKO
MARK A. GRIFFIN
JOHN H. BRIGHT
RAYMOND J. FARROW
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA. 98101

Tel: (206) 623-1900 Fax: (206) 623-3384

Attorneys for **Karen Stromberg**

---

J. GARRETT KENDRICK
**KENDRICK & NUTLEY**
1055 East Colorado Boulevard, 5th Floor
Pasadena, CA. 91104

Tel: (626) 204-4060 Fax: (626) 204-4061

Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell**

---

KELLEY KENNY
**Attorney-at-Law**
P. O. Box 528
San Mateo, CA. 94401

Tel: (650) 558-9041 Fax: (650) 558-9041

Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell**

---

THOMAS D. KERSHAW, Jr.
**THOMAS D. KERSHAW, Jr., P.C.**
184 Gooding Street West
P. O. Box 2497
Twin Falls, ID. 83303

Tel: (208) 734-9622 Fax: (208) 734-6944

Attorneys for **Miles H. Humphrey, M.D.**

---

DANIEL HUME
DAVID E. KOVEL
BEVERLY TSE
**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue, 10th Floor
New York, NY. 10022

Tel: (212) 371-6600 Fax: (212) 751-2540

Attorneys for **Tom DiMatteo; Chris Ferencsik and Richard Granich**

---

MARY G. KIRKPATRICK
**KIRKPATRICK & GOLDSBOROUGH, PLLC**
1233 Shelburne Road, Suite E-1
South Burlington, VT. 05403

Tel: (802) 651-0960 Fax: (802) 651-0964

Attorneys for **Allen Nassiff**

---

JOSEPH C. KOHN
WILLIAM E. HOESE
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street
Philadelphia, PA. 19107

Tel: (215) 238-1700 Fax: (215) 238-1968

Attorneys for **Nathan Muchnick, Inc.**

---

BERNARD PERSKY
CHRISTOPHER J. McDONALD
CRAIG L. BRISKIN
**LABATON SUCHAROW & RUDOFF LLP**
100 Park Avenue
New York, NY. 10017-5563

Tel: (212) 907-0700 Fax: (212) 818-0477

Attorneys for **Diplomat Merchandise Corp.**

---

SUSAN LACAVA
**SUSAN LACAVA, S.C.**
23 North Pinckney Street
Madison, WI. 53703

Tel: (608) 258-1335 Fax: (608) 258-1669

Attorneys for **Jai Paguirigan and Amy Paguirigan**

---

KEVIN J. O'CONNOR
**LAFOLLETTE GODFREY & KAHN, SC**
One East Main Street
P. O. Box 2719
Madison, WI. 53701-2719

Tel: (608) 284-2600 Fax:

Attorneys for **Marcia Weingarten and Jerome O'Connell**

| | |
|---|---|
| JUSTIN E. LaVAN<br>**LAMARCA & LANDRY, PC**<br>1820 NW 118th Street, Suite 200<br>Des Moines, IA. 50325<br><br>Tel: (515) 225-2600 Fax: (515) 225-8581<br><br>Attorneys for **Benjamin G. Northway** | HOWARD J. SEDRAN<br>**LEVIN FISHBEIN SEDRAN & BERMAN**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA. 19106-2719<br><br>Tel: (215) 592-1500 Fax: (215) 592-4663<br><br>Attorneys for **CMP Consulting Services, Inc.** |
| JOSEPH R. SAVERI<br>MICHELE C, JACKSON<br>ERIC B. FASTIFF<br>NIMISH R DESAI<br>**LEIFF, CABRASER, HEIMANN &**<br>**BERNSTEIN, LLP**<br>275 Battery Street, 30th Floor<br>San Francisco, CA. 94111-3339<br><br>Tel: (415) 956-1000 Fax: (415) 956-1008<br><br>Attorneys for **Sarah Hansen and Arthur Goodelman** | ALLYN Z. LITE<br>BRUCE D. GREENBERG<br>JASON E. MACAIS<br>**LITE DEPALMA GREENBERG & RIVAS LLC**<br>Two gateway Center, 12th Floor<br>Newark, NJ. 07102<br><br>Tel: (973) 623-3000 Fax: (973) 623-0858<br><br>Attorneys for **Roberta Harrell and Richard A. Markham** |
| W. JOSEPH BRUCKNER<br>ELIZABETH R. ODETTE<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN. 55402<br><br>Tel: (612) 339-6900 Fax: (612) 339-0981<br><br>Attorneys for **Royal Data Services, Inc.** | CHRISTOPHER LOVELL<br>PEGGY WEDGWORTH<br>CRAIG M. ESSENMACHER<br>KEITH ESSENMACHER<br>**LOVELL STEWART HALEBIAN, LLP**<br>500 Fifth Avenue, Floor 58<br>New York, NY. 10110<br><br>Tel: (212) 608-1900 Fax: (212) 719-4677<br><br>Attorneys for **Gladys Baker; Jack Elbaz; Robert Schuyler Watson; Steven Nakash; Isaac Salem and Erin Drew** |
| ANGELA K. DRAKE<br>**LOWTHER JOHNSON**<br>901 St, Louis Street, 20th Floor<br>Springfield, MO. 65806<br><br>Tel: (417) 866-7777 Fax: (417) 866-1752<br><br>Attorneys for **Peter Coyle** | LEE ALBERT<br>AMIR STARK<br>**MAGER & GOLDSTEIN LLP**<br>One Liberty Place<br>1650 market Street, 21st Floor<br>Philadelphia, PA. 19103<br><br>Tel: (215) 640-13280 Fax: (215) 640-3281<br><br>Attorneys for **Jeff Jafarian** |
| JAYNE A. GOLDSTEIN<br>**MAGER & GOLDSTEIN LLP**<br>1640 Town Center Circle, Suite 216<br>Weston, FL. 33326<br><br>Tel: (954) 515-0123 Fax: (954) 515-0124<br><br>Attorneys for **Jeff Jafarian** | DONNA F. SOLEN<br>GARY E. MASON<br>**THE MASON LAW FIRM, LLP**<br>1225 19th Street, NW, Suite 500<br>Washington, DC. 20036<br><br>Tel: (202) 429-2290 Fax: (202) 429-2294<br><br>Attorneys for **Rebecca Bly** |

| | |
|---|---|
| ROBERT G. METHVIN, Jr.<br>PHILLIP W. McCALLUM<br>JAMES TERRELL<br>**McCULLUM, METHVIN & TERRELL, P.C.**<br>The Highland Building<br>2201 Arlington Avenue South<br>Birmingham, AL. 35205<br><br>Tel: (205) 939-3006 Fax: (205) 939-0399<br><br>Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson** | JOHN GRESSETTE FELDER, Jr.<br>CHAD A. McGOWAN<br>**McGOWAN HOOD FELDER AND JOHNSON**<br>1405 Calhoun Street<br>Columbia, SC. 29201<br><br>Tel: (803) 779-0100 Fax: (803) 787-0750<br><br>Attorneys for **Lee R. Chamberlain** |
| JAMES M. McMANIS<br>COLLEEN DUFFY SMITH<br>MARWA ELZANKALY<br>**McMANIS FAULKNER & MORGAN**<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA. 95113<br><br>Tel: (408) 279-8700 Fax: (408) 279-3244<br><br>Attorneys for **Michele Wojnowski** | FLOYD M. MELTON, III<br>**MELTON LAW FIRM**<br>107½ East Market<br>P. O. Box 534<br>Greenwood, MS. 38935-0534<br><br>Tel: (662) 453-8016 Fax: (662) 453-0145<br><br>Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson** |
| STEVEN J. GREENFOGEL<br>**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**<br>Architects Building<br>117 South 17th Street, 22nd Floor<br>Philadelphia, PA. 19103<br><br>Tel: (215) 564-5182 Fax: (215) 569-0958<br><br>Attorneys for **Art's TV Appliance and General Digital Corporation** | CHRISTOPHER G. HILL<br>**MEYER GOERGEN & MARRS PC**<br>7130 Glen Forest Drive, Suite 305<br>Richmond, VA. 23226<br><br>Tel: (804) 288-3600 Fax:<br><br>Attorneys for **Shawn Stern** |
| MARVIN MILLER<br>**MILLER LAW LLC**<br>101 North Wacker Street Suite 2010<br>Chicago, IL. 60606<br><br>Tel: (312) 525-8320 Fax: (312) 525-8321<br><br>Attorneys for **Diplomat Merchandise Corp.** | GREG A. LEWEN<br>JAMES FOX MILLER<br>**MILLER, SCHWARTZ & MILLER, P.A.**<br>2435 Hollywood Boulevard<br>Hollywood, FL. 33020<br><br>Tel: (954) 924-0300 Fax: (954) 924-0311<br><br>Attorneys for **Mauricio DeFrancisco** |
| HARRY SHULMA<br>**THE MILLS LAW FIRM**<br>145 Marina Boulevard<br>San Rafael, CA. 94901<br><br>Tel: (415) 455-1326 Fax: (415) 455-1327<br><br>Attorneys for **Art's TV & Appliance** | B. MARK FONG<br>BRAD YAMAUCHI<br>JACK W. LEE<br>**MINAMI TAMAKI LLP**<br>360 Post Street, 8th Floor<br>San Francisco, CA. 94108-4903<br><br>Tel: (415) 788-9000 Fax: (415) 398-3887<br><br>Attorneys for **Jonathan Hee** |

DANIEL J. MOGIN
**THE MOGIN LAW FIRM, P.C.**
110 Juniper Street
San Diego, CA. 92101

Tel: (619) 687-6611 Fax: (619) 687-6610

Attorneys for **Francis Frybarger**

MICAHEL S. MONTGOMERY
**MONTGOMERY GOFF & BULLIS, P.C.**
4802 Amber Valley Parkway
P. O. Box 9199
Fargo, ND. 58106-9199

Tel: (701) 281-8001 Fax: (701) 281-8007

Attorneys for **Robert George**

RODNEY OLSEN
**MORRISON, FROST, OLSEN & IRVINE, LLP**
323 Poyntz, Suite 204
Manhattan, KS. 66502

Tel: (785) 776-9208 Fax: (768) 776-9212

Attorneys for **R. Rex Getz**

CHRISTOPHER MOSCONE
JAMES QUADRA
**MOSCONE, EMBLIDGE & QUADRA, LLP**
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA. 94104

Tel: (415) 362-3599 Fax: (415) 362-2006

Attorneys for **Arthur Goodelman**

GILMUR R. MURRAY
DEREK G. HOWARD
SCOTT J. YUNDT
**MURRY & HOWARD, LLP**
436 14TH Street, Suite 1413
Oakland, CA. 94612

Tel: (510) 444-2660 Fax: (510) 444-2522

Attorneys for **Byron Ho**

KRISHNA B. NARINE
**LAW OFFICES OF KRISHNA B. NARINE**
7893 Montgomery Avenue, Suite 300
Elkins Park, PA. 19027

Tel: (215) 782-3240 Fax: (215) 782-3241

Attorneys for **Lee R. Chamberlain; Allen Nassiff; Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson; Scott Friedson; Michael Brooks; Joe Solo and Brittany Chung**

NATHAN N, NEUMAN
**LAW OFFICES OF NATHAN N. NEUMAN**
700 Lake Drive
Ambler, PA. 19002

Tel: (215) 646-9520 Fax:

Attorneys for **Custom Audio Video**

ANDREW C. SKINNER
**NICHOLAS & SKINNER, L.C.**
115 East Washington Street
P. O. Box 487
Charles Town, WV. 25414-0487

Tel: (304) 725-7029 Fax: (304) 725-4082

Attorneys for **Tara Perry**

LAWRENCE D. NWAJEI, ESQ.
**LAW OFFICES OF LAWRENCE D. NWAJEI**
4221 Wilshire Boulevard, Suite 392
Los Angeles, CA. 90010-3537

Tel: (323) 549-0201 Fax: (323) 549-0211

Attorneys for **Wendy Williams**

LAWRENCE G. PAPALE
**LAW OFFICES OF LAWRENCE G. PAPALE**
1308 Main Street, # 117
St. Helena, CA. 94574

Tel: (707) 963-1704 Fax: (707) 963-0706

Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare; Thomas Mitchell and Jeffrey Figone**

12

WILLIAM H. PARISH
**PARISH & SMALL**
1919 grand Canal Boulevard, Suite A-5
Stockton, CA. 95207-8114

Tel: (209) 952-1992 Fax: (209) 952-0250

Attorneys for **Community Business Bank**

JOSEPH M. PATANE
**LAW OFFICES OF JOSEPH PATANE**
2280 Union Street
San Francisco, CA. 94123

Tel: (415) 563-7200 Fax: (415) 364-0679

Attorneys for **Robert Kerson; Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards; Gayle L. Powelson; Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare; Thomas Mitchell and Jeffrey Figone**

BRUCE L. SIMON
ESTHER L. KLISURA
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, CA. 94104-4610

Tel: (415) 433-9000 Fax: (415) 433-9008

Attorneys for **Cargo Corporation; Phelps Technologies, Inc. and Marshall Myers**

CLIFFORN H. PERASON
GARY S. SOTER
DANIEL L. WARSHAW
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA. 91403

Tel: (818) 788-8300 Fax: (818) 788-8104

Attorneys for **Phelps Technologies, Inc. and Marshall Myers**

GREGORY L. RUSSELL
MICHAEL T. CALLAN
**PETERSON RUSSELL KELLY PLLC**
1850 Skyline Tower
10900 NE Fourth Street
Bellevue, WA. 98004-4700

Tel: (425) 462-4700 Fax: (425) 451-0714

Attorneys for **Home Technologies Bellevue LLC**

EDGAR D. GANKENDORFF
**PROVOSTY & GANKENDORFF, LLPC**
650 Poydras Street, Suite 2700
New Orleans, LA. 70130

Tel: (504) 410-2795 Fax: (504) 410-2796

Attorneys for **Magic Video, Inc.**

GARRETT D. BLANCHFIELD, Jr.
**REINHARDT WENDORF & BLANCHFIELD**
332 Minnesota Street
St. Paul, MN. 55101

Tel: (651) 287-2100 Fax: (651) 287-2103

Attorneys for **Kathleen C. Davis; Chad Hansen; Carman and Jeannie Pellitteri; Art's TV & Appliance**

RANDY RENICK
**LAW OFFICES OF RANDY RENICK**
The marine Building
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA. 91103

Tel: (626) 585-9608 Fax: (626) 577-7079

Attorneys for **Orion Home Systems, LLC**

MICHAEL L. ROBERTS
RICHARD QUINTUS
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P. O. Box 241790
Little Rock, AR. 72223

Tel: (501) 821-5575 Fax: (501) 821-4474

Attorneys for **John McKay and Ann Scott**

DIANNE M. NAST
**RODANAST, P.C.**
801 Estelle Drive
Lancaster, PA. 17601

Tel: (717) 892-3000 Fax: (717) 892-1200

Attorneys for **Kari Nehring; John McKay and Ann Scott**

| | |
|---|---|
| CORY M. JONES<br>**ROYAL JONES MILES DUNKLEY & WILSON**<br>2920 North green valley Parkway, Suite 424<br>Henderson, NV. 89014<br><br>Tel: (702) 471-6777 Fax:<br><br>Attorneys for **Richard Granich** | ANDREW NICKELHOFF<br>MARSHALL J. WIDICK<br>**SACHS WALDMAN, P.C.**<br>1000 Farmer Street<br>Detroit, MI. 48226<br><br>Tel: (313) 965-3464 Fax: (313) 965-4602<br><br>Attorneys for **Judith Griffith** |
| RONEN SARRAF<br>JESEPH GENTILE<br>**SARRAF GENTILE LLP**<br>485 Seventh Avenue, Suite 1005<br>New York, NY. 10018<br><br>Tel: (212) 868-3610 Fax: (212) 918-7967<br><br>Attorneys for **Richard A. Markham** | GUIDO SAVERI<br>R. ALEXANDER SAVERI<br>CADIO ZIRPOLI<br>**SAVERI & SAVERI INC**<br>111 Pine Street, Suite 1700<br>San Francisco, CA. 94111<br><br>Tel: (415) 217-6810 Fax: (415) 217-6813<br><br>Attorneys for **Cargo Corporation and Orion Home Systems, LLC** |
| ALEXANDER M. SCHACK<br>**LAW OFFICES OF ALEXANDER M. SCHACK**<br>16870 W. Bernardo Drive, # 400<br>San Diego, CA. 92127<br><br>Tel: (858) 485-6535 Fax: (858) 485-0608<br><br>Attorneys for **Francis Frybarger** | MARK J. SCHIRMER<br>1661 International Place Drive, Suite 400<br>Memphis, TN. 38120<br><br>Tel: (901) 818-3146 Fax: (901) 818-3147<br><br>Attorneys for **Scott Beall** |
| ROBERT C. SCHUBERT<br>WILLEM F. JONCKHEER<br>PETER E. BORKON<br>AARON H. DARSKY<br>**SCHUBERT & REED LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA. 94111<br><br>Tel: (415) 788-4220 Fax: (415) 788-0161<br><br>Attorneys for **Dr. Steven Martel; Isaac Salem and Erin Drew** | CHRISTOPHER A. SEEGER<br>DAVID R. BUCHANAN<br>JONATHAN SHUB<br>TERRI ANNE BENEDETTO<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY. 10004<br><br>Tel: (212) 584-0700 Fax: (212) 584-0799<br><br>Attorneys for **Ryan J. Bierling** |
| STEVEN J. SERRATORE<br>SCOTT AMES<br>**SERRATORE AMES LLP**<br>9595 Wilshire Boulevard, Suite 201<br>Beverly Hills, CA. 90212<br><br>Tel: (310) 205-2460 Fax: (310) 204-2464<br><br>Attorneys for **George Mays** | ISAAC L. DIEL<br>**SHARP McQUEEN**<br>6900 College Boulevard, Suite 285<br>Overland Park, KS. 66211<br><br>Tel: (913) 661-9931 Fax: (913) 661-9935<br><br>Attorneys for **Lee R. Chamberlain; Allen Nassiff; Rebecca Bly; Kou Srimoungchanh; Tabbatha Benson; Scott Friedson; Michael Brooks; Joe Solo and Brittany Chung** |

| | |
|---|---|
| DOUGLAS P. DEHLER<br>**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**<br>111 E. Wisconsin Avenue, Suite 1750<br>Milwaukee, WI. 53202<br><br>Tel: (414) 226-9900 Fax: (414) 226-9905<br><br>Attorneys for **Toomas P. Mitt** | NATALIE FINKELMANN BENNETT<br>**SHEPHERD, FINKELMAN, MILLER & SHAH, LLC**<br>35 E. State Street<br>Media, PA. 19063<br><br>Tel: (610) 891-9880 Fax: (610) 891-9883<br><br>Attorneys for **Toomas P. Mitt** |
| JORDAN M. LEWIS<br>**SIEGEL, BRILL, GREUPNER, DUFFEY & FOSTER, P.A.**<br>1300 Washington Square<br>100 Washington Avenue South<br>Minneapolis, MN. 55401<br><br>Tel: (612) 337-6100 Fax: (612) 339-6591<br><br>Attorneys for **Martha Mulvey** | P. JOHN BRADY<br>DANIEL D. OWEN<br>**SHUGHART THOMPSON & KILROY, P.C.**<br>Twelve Wyandotte Plaza<br>120 West 12th Street, Suite 1600<br>Kansas City, MO. 64105<br><br>Tel: (816) 421-3335 Fax: (816) 374-0509<br><br>Attorneys for **Cargo Corporation and Phelps Technologies, Inc.** |
| W. H. BUNDY, Jr.<br>**SMITH, BUNDY, BYBEE & BARNETT, P.C.**<br>Building F, Suite 100<br>1037 Chuck Dawley Boulevard<br>Mount Pleasant, SC. 29464<br><br>Tel: (843) 881-1623 Fax: (843) 881-4406<br><br>Attorneys for **Carman and Jeannie Pellitteri and Lynn Sweatman** | EUGUEN A. SPECTOR<br>**SPECTOR, ROSEMAN & KODROFF, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA. 19102<br><br>Tel: (215) 496-0300 Fax: (215) 496-6611<br><br>Attorneys for **Art's TV & Appliance** |
| BRUCE SPIVA<br>KATHLEEN HARTNETT<br>**SPIVA & HARTNETT LLP**<br>1776 Massachusetts Avenue, NW, Suite 600<br>Washington, DC. 20036<br><br>Tel: (202) 785-0601 Fax: (202) 785-0697<br><br>Attorneys for **Timothy R. Gregory** | ALLAN STEYER<br>**STYER, LOWENTHAL, BOODROOKAS, ALVAREZ & SMITH, LLP**<br>One California Street, Third Floor<br>San Francisco, CA. 94111<br><br>Tel: (415) 421-3400 Fax: (415) 421-2234<br><br>Attorneys for **Jaime Maites; Henry Truong; Stephanie Truong; Kaine Kornegay; John McKay; Elena Ralik and Ann Scott** |
| KENNETH G. WALSH<br>**STRAUS & BOIES, LLP**<br>2 Depot Plaza, Suite 203<br>Bedford Hills, NY. 10507<br><br>Tel: (914) 244-3200 Fax: (914) 244-3260<br><br>Attorneys for **Jose Juan; John Martich; Judith Griffith; Christopher Bessette; Peter Coyle; Marcia Weingarten; Jerome O'Connell; Gail Feser; Benjamin G. Northway; Martha Mulvey; Scott Beall; Mauricio DeFrancisco; IMCA, Inc.; Allen Kelley; Timothy J. Lauricella; Donna Jeanne Flanagan and Elena Ralik** | DAVID BOIES, III<br>TIMOTHY D. BATTIN<br>IAN OTTO<br>NATHAN CIHLAR<br>**STRAUS & BOIES, LLP**<br>4041 University Drive, Fifth Floor<br>Fairfax, VA. 22030<br><br>Tel: (703) 764-8700 Fax: (703) 764-8704<br><br>Attorneys for **Jose Juan; John Martich; Judith Griffith; Christopher Bessette; Peter Coyle; Marcia Weingarten; Jerome O'Connell; Gail Feser; Benjamin G. Northway; Martha Mulvey; Scott Beall; Mauricio DeFrancisco; IMCA, Inc.; Allen Kelley; Timothy J. Lauricella; Donna Jeanne Flanagan and Elena Ralik** |

| | |
|---|---|
| J. PRESTON STROM, Jr.<br>MARIO A. PACELLA<br>**STROM LAW FIRM, LLC**<br>2110 Beltline Boulevard, Suite A<br>Columbia, SC. 29204<br><br>Tel: (803) 252-4800 Fax: (803) 252-4801<br><br>Attorneys for **Gregory P. Sloan** | LIONEL H. SUTTON, III<br>**SUTTON LAW FIRM**<br>610 Baronne Street<br>New Orleans, LA. 70113<br><br>Tel: (504) 586-8899 Fax: (504) 585-1789<br><br>Attorneys for **Magic Video, Inc.** |
| SHAWN A. TAYLOR<br>**SHAWN TAYLOR PLLC**<br>120 Capitol Street<br>P. O. Box 2132<br>Charleston, WV. 25328<br><br>Tel: (304) 345-5959 Fax: (304) 345-0270<br><br>Attorneys for **Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards and Gayle L. Powelson** | REGINALD TERRELL, ESQ.<br>**THE TERRELL LAW GROUP**<br>223 25th Street<br>Richmond, CA. 94804<br><br>Tel: (510) 237-9700 Fax: (510) 237-4616<br><br>Attorneys for **Lisa Blackwell** |
| JASON J. THOMPSON<br>**J. THOMPSON & ASSOCIATES PLC**<br>26000 west 12 Mile Road<br>Southfield, MI. 48034<br><br>Tel: (248) 436-8448 Fax:<br><br>Attorneys for **Collette M. Dahm** | LEROY D. PERCY<br>GRADY F. TOLLISON. Jr.<br>**TOLLISON LAW FIRM, P.A.**<br>100 Courthouse Square<br>P. O. Box 1216<br>Oxford, MS. 38655<br><br>Tel: (662) 234-7070 Fax: (662) 234-7095<br><br>Attorneys for **Tammy Long** |
| JULIAN H. TOPOREK<br>221 West York Street<br>Savannah, GA. 31401<br><br>Tel: (912) 236-4666 Fax:<br><br>Attorneys for **Custom Audio Video** | THOMAS E. TOWE<br>**TOWE, BALL, ENRIGHT, MacKEY & SOMMERFIELD**<br>P. O. Box 30457<br>Billings, MT. 59107<br><br>Tel: (406) 248-7337 Fax: (406) 248-2647<br><br>Attorneys for **John Pulasky** |
| MARIO N. ALIOTO<br>LAUREN C. RUSSELL<br>**TRUMP, ALIOTO, TRUMP & PRESCOTT**<br>2280 Union Street<br>San Francisco, CA. 94123<br><br>Tel: (415) 563-7200 Fax: (415) 346-0679<br><br>Attorneys for **Karen Brock; Cynthia Saia; Geoffrey T. Korwan; Tina Chapman; Jeannette Edwards; Gayle L. Powelson; Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare; Thomas Mitchell and Jeffrey Figone** | KENNETH LEO VALINOTI<br>**VALINOTI & DITO LLP**<br>180 Montgomery Street, Suite 940<br>San Francisco, CA. 94104-4223<br><br>Tel: (415) 986-1336 Fax: (415) 986-1231<br><br>Attorneys for **Wow LLC; Gina Cerda; Jean-Marie Wolf; Carlos Ponce; Patrick Piper; Gary Gornick' Karol Juskiewicz; Edward Decoite; John Candido; Anne Lewis; Don Carmignani; Terry Adami; Saki Kavourniaris; Linda Klare and Thomas Mitchell** |

| | |
|---|---|
| STVEN A. ASHER<br>ROBERT S. KITCHENOFF<br>MINDEE J. REUBEN<br>NOAH AXLER<br>**WEINSTEIN, KITCHENOFF & ASHLER LLC**<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA. 19103<br><br>Tel: (215) 545-7200 Fax: (215) 545-6535<br><br>Attorneys for **Ajax Philadelphia, Inc.** | GEORGE O. WEST III<br>**LAW OFFICES OF GEORGE O. WEST III**<br>6787 West Tropicana Avenue, Suite 263<br>Las Vegas, NV. 89103<br><br>Tel: (702) 248-1076 Fax: (702) 953-2286<br><br>Attorneys for **Allen Kelley** |
| EDWARD J. WESTLOW<br>600 East Main Street, 20th Floor<br>Richmond, VA. 23219-2430<br><br>Tel: (804) 780-0305 Fax: (804) 780-0306<br><br>Attorneys for **John Pulasky; Tammy Long;<br>Christopher C. Rywelski; Lynne M. Holtkamp; Miles<br>H. Humphrey, M.D.; James T. Watson a/k/a Jim<br>Watson; Patricia A. Ronco; Jeffrey L. Walters; Isaac<br>Salem and Shawn Stern** | KENNETH A. WEXLER<br>**WEXLER TORISEVA WALLACE LLP**<br>One La Salle Street, Suite 2000<br>Chicago, IL. 60602<br><br>Tel: (312) 346-2222 Fax: (312) 346-0022<br><br>Attorneys for **Joseph Kovacevich** |
| MARK J. TAMBLYN<br>**WEXLER TORISEVA WALLACE LLP**<br>1610 Arden Way, Suite 290<br>Sacramento, CA. 95815<br><br>Tel: (916) 568-1100 Fax: (916) 568-7890<br><br>Attorneys for **Joseph Kovacevich** | JOE R. WHATLEY, Jr.<br>**WHATLEY DRAKE & KALLAS**<br>1540 Broadway, 37th Floor<br>New York, NY. 10036<br><br>Tel: (212) 447-7070 Fax:<br><br>Attorneys for **Gregory P. Sloan** |
| S. THOMAS WIENNER<br>**WIENNER & GOULD, P.C.**<br>950 West University Drive, Suite 350<br>Rochester, MI. 48307<br><br>Tel: (248) 841-9400 Fax: (248) 652-2729<br><br>Attorneys for **Ling-Hung Jou** | MARC AARON WITE<br>**WITES & KAPETAN**<br>4400 North Federal Highway<br>Lighthouse Point, FL. 33064<br><br>Tel: (954) 570-8989 Fax: (954) 354-0205<br><br>Attorneys for **Scott Eisler** |
| JAMES F. WYATT, III<br>**WYATT & BLAKE, LLP**<br>435 East Morehead Street<br>Charlotte, NC. 28202-2609<br><br>Tel: (704) 331-0767 Fax: (704) 331-0773<br><br>Attorneys for **Donna Jeanne Flanagan** | PATRICK D. ALLEN<br>MICHAEL S. JAHNER<br>**YENSON, LYNN, ALLEN & WOSICK, P.C.**<br>4908 Alameda Boulevard NE<br>Albuquerque, NM. 87113-1736<br><br>Tel: (505) 266-3995 Fax:<br><br>Attorneys for **Walden Minoli and John David Kittleson** |

| | |
|---|---|
| FRANCIS O. SCARPULLA<br>CRAIG C. CORBITT<br>MATTHEW R. SCHULTZ<br>QIANWEI FU<br>**ZELLE, HOFMANN, VOEBEL, MANSON &<br>GETTE LLP**<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA. 94104<br><br>Tel: (415) 693-0700 Fax: (415) 693-0770<br><br>Attorneys for **Judd Eliasoph; Arthur Sorokin; Jo<br>Nash; Amy Forlan; Will Henderson; Jaime Maites;<br>Henry Truong; Stephanie Truong; Frederick Rozo;<br>James Burt; Michael Juetten; Candace Rowlette;<br>Michael Francis Ayers; Sara Cabezas and Karen<br>Stromberg** | TIMOTHY J. BECKER<br>BRIAN C. GUDMUNDSON<br>**ZIMMERMAN REED**<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN. 55402<br><br>Tel: (612) 341-0400 Fax:<br><br>Attorneys for **Colette M. Dahm** |
| ROBERT S. SCHACHTER<br>**ZWERLING SCHACHTER & ZWERLING<br>LLP**<br>41 Madison Avenue<br>New York, NY. 10010<br><br>Tel: (212) 223-3900 Fax:<br><br>Attorneys for **Custom Audio Video** | JOSEPH M. ALIOTO, Jr.<br>**THE ALIOTO LAW FIRM**<br>555 California Street, 31st Floor<br>San Francisco, CA. 94104<br><br>Tel:          Fax:<br><br>Attorneys for **Jonathan Hee** |
| JESEPH GOLDBERG<br>FREEDMAN BOYD DANIELS HOLLANDER<br>**GOLDBERG & IVES P.A.**<br>20 First Plaza, Suite 700<br>Albuquerque, NM. 87102<br><br>Tel:          Fax:<br><br>Attorneys for **Ajax Philadelphia, Inc.** | STEVEN K. HISAKA<br>GAIL Y. COSGROVE<br>KUNIO KWABE<br>**HISAKA YOSHIDA COSGROVE & CHING**<br>Pacific Guardian Center<br>Mauka Tower<br>737 Bishop Street, Suite 3000<br>Honolulu, HI. 96813<br><br>Tel:          Fax:<br><br>Attorneys for **Gail H. Awakuni and John Okita** |
| PETER S. MICHAELS<br>DEVORAH G. EVANS<br>JENNIFER R. SELTENRICH<br>**MICHAELS & WARD, LLP**<br>12 post Office Square, 4th Floor<br>Boston, MA. 02109<br><br>Tel:          Fax:<br><br>Attorneys for **Heidi Bates** | |

**DEFENDANTS:**

| | |
|---|---|
| AU OPTRONICS CORP.<br>One Li Hsin Rd 2<br>Science Based industrial Park<br>Hsin Chu 300, Taiwan<br><br>Tel:           Fax:<br><br>For Defendants **AU Optronics Corporation;**<br>**AU Optronics** | MICHAEL F. HEALY<br>MATTHEW C. LOVELL<br>CHRISTOPHER A. NEDEAU<br>**SEDGWICK DETERT MORAN & ARNOLD,**<br>**LLP**<br>One Market Plaza, Stewart Tower, 8th Floor<br>San Francisco, CA. 94105<br><br>Tel: (415) 781-7900 Fax: (415) 781-2635<br><br>For Defendants **AU Optronics Corporation America** |
| JOHN C. McGUIRE<br>**SEDGWICK DETERT MORAN & ARNOLD,**<br>**LLP**<br>100 Mulberry Street, 12th Floor<br>Newark, NJ. 07102-5311<br><br>Tel: (973) 242-0002 Fax: (973) 242-8099<br><br>For Defendants **AU Optronics Corporation America** | PAUL J. LOH<br>NHAN T. VU<br>JASON H. WILSON<br>**WILLENKEN WILSON LOH & LEIB, LLP**<br>707 Wilshire Boulevard, Suite 3850<br>Los Angeles, CA. 90017<br><br>Tel: (213) 955-9240 Fax: (213) 955-9250<br><br>For Defendants **AU Optronics Corporation America** |
| NATHAN L. WALKER<br>**WILMER CUTLER PICKERING HALE &**<br>**DORR, LLP**<br>1117 California Avenue<br>Palo Alto, CA. 94304<br><br>Tel: (650) 848-6000 Fax: (650) 858-6100<br><br>For Defendants **Chi Mei Optoelectronics Corporation;**<br>**CMO Japan Co., Ltd.; Chi Mei Optoelectronics USA,**<br>**Inc.; Chi Mei Optoelectronics and Chi Mei**<br>**Corporation** | STEVEN F. CHERRY<br>GORDON PEARSON<br>THERESE LEE<br>**WILMER CUTLER PICKERING HALE &**<br>**DORR, LLP**<br>1875 Pennsylvania Avenue, NW<br>Washington, DC. 20006-3642<br><br>Tel: (202) 663-6000 Fax: (202) 663-6363<br><br>For Defendants **Chi Mei Optoelectronics Corporation;**<br>**CMO Japan Co., Ltd.; Chi Mei Optoelectronics USA,**<br>**Inc.; Chi Mei Optoelectronics and Chi Mei**<br>**Corporation** |
| HUGH F. BANGASSER<br>RAMONA M. EMERSON<br>JULIE ANNE HALTER<br>**KIRKPATRICK & LOCKHART PRESTON**<br>**GATES ELLIS, LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA. 98104-1158<br><br>Tel: (206) 623-7580 Fax: (206) 623-7022<br><br>For Defendants **Hannstar Display Corporation** | JEFFREY L. BORNSTEIN<br>**KIRKPATRICK & LOCKHART PRESTON**<br>**GATES ELLIS, LLP**<br>55 Second Street, Suite 1700<br>San Francisco, CA. 94105-3493<br><br>Tel: (415) 882-8200 Fax:<br><br>For Defendants **Hannstar Display Corporation** |

| | |
|---|---|
| CHUNGHWA PICTURE TUBES, LTD.<br>1127 Hopin Road<br>Padeh City<br>Taoyuan<br>Taiwan, R.O.C.<br><br>Tel:            Fax:<br><br>For Defendants **Chunghwa Picture Tubes, Ltd.** | KENT M. ROGER<br>CANDACE SIMONE CROOKSHANK<br>WILLIAM JAMES TAYLOR<br>**MORGAN LEWIS & BOCKIUS, LLP**<br>One Market Plaza, Spear Street Tower<br>San Francisco, CA. 94105<br><br>Tel: (415) 442-1000 Fax: (415) 442-1001<br><br>For Defendants **Hitachi America, Ltd. And Hitachi Electronic Devices (USA), Inc.** |
| HITACHI, LTD.<br>6-1 Marunouchi Center Building 13 F<br>Chiyoda-Ku<br>Tokyo 100-8220<br>JAPAN<br><br>Tel:            Fax:<br><br>For Defendants **Hitachi, Ltd.** | HITACHI DISPLAYS, LTD.<br>AKS Building 5F<br>6-2 Kanda Neribei-cho 3<br>Tokyo 101-0022<br>JAPAN<br><br>Tel:            Fax:<br><br>For Defendants **Hitachi Displays, Ltd.** |
| GENERAL COUNSEL<br>International Display<br>101 Metro Drive, Suite 510<br>San Jose, CA. 95110<br><br>Tel:            Fax:<br><br>For Defendants **IDT International, Ltd. and International Display Technology Co., Ltd.** | ANITA STORK<br>**COVINGTON & BURLING, LLP**<br>One front Street<br>San Francisco, CA. 94111<br><br>Tel: (415) 591-6000 Fax: (415) 591-6091<br><br>For Defendants **International Display Technology USA, Inc.** |
| IPS ALPHA TECHNOLOGY, LTD.<br>3732, Hayano, Mobara-shi<br>Chiba 297-0037<br>JAPAN<br><br>Tel: +81-47-525-9615 Fax: +81-47-525-9617<br><br>For Defendants **IPS Alpha Technology, Ltd.** | A. SCOTT ROSS<br>**NEAL & HARWELL**<br>150 Fourth Avenue, N<br>2000 First Union Tower<br>Nashville, TN. 37219-2498<br><br>Tel: (615) 244-1713 Fax: (615) 726-0573<br><br>For Defendants **LG Electronics USA, Inc.** |
| NEAL R. MARDER<br>DAVID J. ALTMAN<br>**WINSTON & STRAWN, LLP**<br>333 South Grand Avenue<br>Los Angeles, CA. 90071-1543<br><br>Tel: (213) 615-1700 Fax: (213) 615-1750<br><br>For Defendants **LG Electronics USA, Inc.** | MICHAEL R. LAZERWITZ<br>**CLEARY GOTTLIEB STEEN & HAMILTON, LLP**<br>2000 Pennsylvania Avenue, NW, # 9000<br>Washington, DC. 20006<br><br>Tel: (202) 974-1500 Fax: (202) 974-1999<br><br>For Defendants **LG Phillips LCD America, Inc.** |

| | |
|---|---|
| JEROME C. ROTH<br>**MUNGER TOLLES & OLSEON, LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA. 94105-2907<br><br>Tel: (415) 512-4000 Fax: (415) 512-4077<br><br>For Defendants **LG Phillips LCD America, Inc.** | LG PHILLIPS LCD CO. LTD<br>20 Yoido-dong<br>Youngdungpo-gu<br>Seoul 150-721<br>REPUBLIC OF KOREA<br><br>Tel:                Fax:<br><br>For Defendants **LG Phillips LCD Co., Ltd.; LG Electronics, Inc.; Royal Phillips Electronics NV** |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.<br>1006 Oaza Kadoma<br>Kadoma, Osaka 571-8501<br>JAPAN<br><br>Tel: +81-6-6908-1121 Fax: +81-6-6908-2351<br><br>For Defendants **Matsushita Electric Industrial Co.** | NEC CORPORATION<br>7-1, Shiba 5-chome<br>Minato-Ku<br>Tokyo 108-8001<br>JAPAN<br><br>Tel:                Fax:<br><br>For Defendants **NEC Corporation** |
| GEORGE D. NIESPOLO<br>STEPHEN H. STURO<br>**DUANE MORRIS, LLP**<br>Spear Street Tower, Suite 2000<br>San Francisco, CA. 94105-1104<br><br>Tel: (415) 957-3000 Fax: (415) 957-3001<br><br>For Defendants **NEC Display Solutions of America, Inc. and NEC Electronics America, Inc.** | JONATHAN SWARTZ<br>**THELEN REID BROWN RAYSMAN & STEINER, LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA. 94105<br><br>Tel: (415) 371-1200 Fax: (415) 371-1211<br><br>For Defendants **NEC Electronics America, Inc.** |
| NEC LCD TECHNOLOGIES, LTD.<br>1753 Shimonumambe<br>Nakahara-Ku<br>Kawasaki<br>Kanagawa 211-8666<br>JAPAN<br><br>Tel:                Fax:<br><br>For Defendants **NEC LCD Technologies, Ltd. and NEC Electronics Corporation** | NEXGEN MEDIATECH USA INC.<br>14500 Proctor Avenue<br>City of Industry, CA. 91746<br><br>Tel: (626) 820-1368 Fax: (626) 820-1398<br><br>For Defendants **Nexgen Mediatech USA Inc.** |
| OREGON SCIENTIFIC, INC.<br>19861 SW 95th Place<br>Tualatin, OR. 97062<br><br>Tel: (503) 691-5100 Fax: (503) 691-6208<br><br>For Defendants **Oregon Scientific, Inc.** | DAVID L. YOHAI<br>**WEIL GOTSHAL & MANGES, LLP**<br>767 Fifth Avenue<br>New York, CA. 10153-0199<br><br>Tel: (212) 310-8000 Fax: (212) 310-8007<br><br>For Defendants **Panasonic Corporation of North America** |

| | |
|---|---|
| R. DALE GRIMES<br>JOSHUA RAY DENTON<br>**BASS BERRY & SIMS PLC**<br>315 Deaderick Street, Suite 2700<br>Nashville, TN. 37238-3001<br><br>Tel: (615) 742-6200 Fax: (615) 742-6293<br><br>For Defendants **Phillips Electronics North America Corporation and Phillips Consumer Electronics North America** | GARRARD R. BEENEY<br>BRIAN T. FRAWLEY<br>**SULLIVAN & CROMWELL, LLP**<br>125 Broad Street<br>New York, CA. 10004-2498<br><br>Tel: (212) 558-4000 Fax: (212) 558-3588<br><br>For Defendants **Phillips Electronics North America Corporation and Phillips Consumer Electronics North America** |
| JAMES L. McGINNIS<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA. 94111<br><br>Tel: (415) 434-9100 Fax: (415) 434-3937<br><br>For Defendants **Samsung Electronics America, Inc.; Samsung Semiconductor, Inc.,; Samsung Electronics Co. Ltd.** | SANYO EPSON IMAGING DEVICES CORPORATION<br>World trade Center Building, 15 F<br>2-4-1 Hammamatsu-cho<br>Minato-Ku<br>Tokyo, JAPAN<br><br>Tel:                 Fax:<br><br>For Defendants **Sanyo Epson Imaging Devices Corporation and Epson Imaging Devices Corporation** |
| SHARP CORP.<br>22-22 Naga Ike-Cho,<br>Abenu-Ku<br>Osaka 545, JAPAN<br><br>Tel:                 Fax:<br><br>For Defendants **Sharp Corporation** | ALBERT J. BORO, Jr.<br>**PILLSBURY WINTHROP SHAW & PITMAN, LLP**<br>50 Fremont Street<br>San Francisco, CA. 94105<br><br>Tel: (415) 983-1000 Fax: (415) 938-1200<br><br>For Defendants **Sharp Electronics Corporation** |
| TOSHIBA CORPORATION<br>1-1, Shibaura 1-chome<br>Minato-Ku<br>Tokyo 105-8001<br>JAPAN<br><br>Tel:                 Fax:<br><br>For Defendants **Toshiba Corporation** | TOSHIBA MATSUSHITA TECHNOLOGY CO., LTD.<br>Rivage Shinagawa<br>1-8, Konan 4-chome<br>Minato-Ku<br>Tokyo 108-0075<br>JAPAN<br><br>Tel:                 Fax:<br><br>For Defendants **Toshiba Matsushita Display Technology Co., Ltd. and Matsushita Display Technology Co., Ltd.** |